# EXHIBIT 1

Images used by LIU without license or payment

| Photo | URL | Pub date | Confirmed | Location | | File Name | Date | Copyright File Name | Image |
|---|---|---|---|---|---|---|---|---|---|
| | https://www.instagram.com/p/DCNREWYvTcn/ | 11/10/2024 | | Instagram 11/10/2024 | | DSC_8543-Enhanced-NR.jpg | 11/10/2024 | LIU WB v CalStFul 3-15.jpg | |
| | https://www.liuathletics.com/news/2024/11/10/womens-basketball-amaya-dowdys-24-points-lead-sharks-to-first-win-of-the-season.aspx | 11/10/2024 5:55:00 P | | Game story website | Women's Basketball | _DSC8497.jpg | 11/10/2024 | LIU WB v CalStFul 3-8.jpg | |
| | https://www.instagram.com/p/DCP8f3FJJ58/ | 11/11/2024 | | Instagram and Twitter(X) 11/11/2024 | | _DSC6114.jpg | 11/9/2024 | LIU MB v Pratt 5-1.jpg | |
| | | 11/11/2024 | | Twitter | LIU Basketball | _DSC6114.jpg | 11/9/2024 | LIU MB v Pratt 5-1.jpg | |

1

| Photo | URL | Pub date | Confirmed | Location | | File Name | Date | Copyright File Name | Image |
|---|---|---|---|---|---|---|---|---|---|
| | https://www.liuathletics.com/news/2024/11/21/mens-basketball-sharks-unable-to-overcome-slow-start.aspx | 11/21/2024 12:12:00 | | Game story website | Men's Basketball | _DSC9060-Enhanced-NR.jpg | 11/20/2024 | LIU MB v Columbia 3-16.jpg | |
| | https://www.instagram.com/p/DCxky-Gpxf6/ | 11/24/2024 | | Instagram and Twitter(X) 11/24/2024 | | _DSC6055.jpg | 11/9/2024 | LIU MB v Pratt 5-3.jpg | |
| | | 11/24/2024 | | Twitter | LIU Basketball | _DSC6055.jpg | 11/9/2024 | LIU MB v Pratt 5-3.jpg | |
| | https://www.liuathletics.com/news/2024/11/25/mens-basketball-malachi-davis-and-shadrak-lasu-earn-nec-weekly-honors-for-sharks.aspx | 11/25/2024 1:01:00 P | | Game story website | Men's Basketball | _DSC6115.jpg | 11/9/2024 | LIU MB v Pratt 5-2.jpg | |
| | https://www.liuathletics.com/news/2024/11/30/mens-basketball-sharks-jamal-fuller-scores-season-high-27-points-on-day-two-of-lafayette-classic.aspx | 11/30/2024 5:25:00 P | | Game story website | Men's Basketball | DSC_8964-Enhanced-NR.jpg | 11/20/2024 | LIU MB v Columbia 3-23.jpg | |

| Photo | URL | Pub date | Confirmed | Location | | File Name | Date | Copyright File Name | Image |
|---|---|---|---|---|---|---|---|---|---|
| | https://www.liuathletics.com/news/2024/12/1/womens-basketball-amaya-dowdys-heroics-help-liu-earn-win-over-northeastern.aspx | 12/1/2024 4:24:00 PI | | Game story website | Women's Basketball | DSC_9197.jpg | 12/1/2024 | LIU WB v Neastern 3-25.jpg | |
| | https://www.liuathletics.com/news/2024/12/2/womens-basketball-sirvia-legions-named-nec-co-player-of-the-week.aspx | 12/2/2024 2:01:00 PI | | Game story website | Women's Basketball | _DSC9194.jpg | 12/1/2024 | LIU WB v Neastern 3-19.jpg | |
| | | 12/4/2024 | | Twitter | LIU Basketball | _DSC6055.jpg | 11/9/2024 | LIU MB v Pratt 3-26.jpg | |
| | https://www.liuathletics.com/news/2024/12/4/mens-basketball-sharks-score-season-high-103-points-in-win-over-york-college.aspx | 12/4/2024 9:32:00 PI | | Game story website | Men's Basketball | DSC_8314.jpg | 11/9/2024 | LIU MB v Pratt 3-26.jpg | |
| | https://www.liuathletics.com/news/2024/12/6/womens-basketball-liu-seeks-first-road-win-against-fordham-on-sunday-dec-8.aspx | 12/6/2024 10:00:00 A | | Game story website | Women's Basketball | _DSC9194.jpg | 12/1/2024 | LIU WB v Neastern 3-19.jpg | |

3

| Photo | URL | Pub date | Confirmed | Location | | File Name | Date | Copyright File Name | Image |
|---|---|---|---|---|---|---|---|---|---|
| | https://www.liuathletics.com/news/2024/12/9/mens-basketball-liu-mens-basketball-head-coach-rod-strickland-honored-during-knicks-homecoming-weekend.aspx | 12/9/2024 2:33:00 PI | | Game story website | Men's Basketball | _DSC9350-Enhanced-NR.jpg | 12/4/2024 | LIU MB v York 3-13.jpg | |
| | https://www.liuathletics.com/news/2024/12/11/mens-basketball-malachi-davis-scores-16-points-for-sharks-against-umass-lowell.aspx | 12/11/2024 11:44:00 | | Game story website | Men's Basketball | DSC_8964-Enhanced-NR.jpg | 11/20/2024 | LIU MB v Columbia 3-23.jpg | |
| | https://www.liuathletics.com/news/2024/12/14/womens-basketball-timely-baskets-lead-to-sharks-victory.aspx | 12/14/2024 9:49:00 F | | Game story website | Women's Basketball | _DSC8624.jpg | 11/12/2024 | LIU WB v Rider 3-18.jpg | |
| | https://www.liuathletics.com/news/2024/12/21/mens-basketball-jamal-fuller-leads-sharks-with-20-points-against-lehigh.aspx | 12/21/2024 3:27:00 F | | Game story website | Men's Basketball | DSC_8964-Enhanced-NR.jpg | 11/20/2024 | LIU MB v Columbia 3-23.jpg | |
| | https://www.instagram.com/p/DD7vuOLxL5_/ | 12/23/2024 | | Instagram LIUBasketball and reshaped by LIUAthletics and LIU University | | DSC_9277-ENR-Topaz-Focus-2.jpg | 12/4/2024 | LIU MB v York 3-30.jpg | |

4

| Photo | URL | Pub date | Confirmed | Location | | File Name | Date | Copyright File Name | Image |
|---|---|---|---|---|---|---|---|---|---|
| | | 12/23/2024 | | Twitter | LIU Basketball | DSC_9277-ENR-Topaz-Focus-2.jpg | 12/4/2024 | LIU MB v York 3-30.jpg | |
| | https://www.instagram.com/p/DDLfQCFp423/ | 12/24/2024 | | Instagram LIU Basketball reshared by rod_strickland1 | | DSC_8812-Enhanced-NR.jpg | 11/20/2024 | LIU MB v Columbia 3-25.jpg | |
| | https://www.liuathletics.com/news/2024/12/30/womens-basketball-sirviva-legions-scores-career-high-24-points-against-njit.aspx | 12/30/2024 9:13:00 P | | Game story website | Women's Basketball | _DSC9194.jpg | 12/1/2024 | LIU WB v Neastern 3-19.jpg | |
| | https://www.liuathletics.com/news/2025/1/2/womens-basketball-sharks-open-up-nec-play-with-win-over-le-moyne.aspx | 1/2/2025 4:11:00 PM | | Game story website | Women's Basketball | _DSC9194.jpg | 12/1/2024 | LIU WB v Neastern 3-19.jpg | |
| | https://www.instagram.com/p/DEYAOhspukc/ | 1/3/25 | | Instagram 1/3/2025 | | DSC_9293-Enhanced-NR.jpg & DSC_9277-ENR-Topaz-Focus-2.jpg | Two photos | LIU MB v York 3-30.jpg | |

| Photo | URL | Pub date | Confirmed | Location | File Name | Date | Copyright File Name | Image |
|---|---|---|---|---|---|---|---|---|
| | | 1/3/2025 | | Twitter | LIU Basketball | DSC_8964-Enhanced-NR.jpg | 11/20/2024 | LIU MB v Columbia 3-23.jpg | |
| | https://www.liuathletics.com/news/2025/1/3/mens-basketball-sharks-shine-at-barclays-center-with-first-nec-win-over-le-moyne.aspx | 1/3/2025 9:55:00 PM | | Game story website | Men's Basketball | DSC_8964-Enhanced-NR.jpg | 11/20/2024 | LIU MB v Columbia 3-23.jpg | |
| | https://www.liuathletics.com/news/2025/1/9/womens-basketball-sirviva-legions-scores-15-points-in-close-game-against-central-connecticut-state.aspx | 1/9/2025 9:24:00 PM | | Game story website | Women's Basketball | _DSC8624.jpg | 11/12/2024 | LIU WB v Rider 3-18.jpg | |
| | https://www.liuathletics.com/news/2025/1/12/womens-basketball-sirviva-legions-leads-sharks-with-18-points-in-matchup-with-stonehill.aspx | 1/12/2025 11:52:00 A | | Game story website | Women's Basketball | _DSC9194.jpg | 12/1/2024 | LIU WB v Neastern 3-19.jpg | |
| | https://www.liuathletics.com/sports/womens-basketball | 1/17/2025 12:30:00 P | | Sport Homepage | Women's Basketball | _DSC8624.jpg | 11/12/2024 | LIU WB v Rider 3-18.jpg | |

| Photo | URL | Pub date | Confirmed | Location | | File Name | Date | Copyright File Name | Image |
|---|---|---|---|---|---|---|---|---|---|
| | https://www.liuathletics.com/news/2025/1/17/womens-basketball-liu-looks-for-road-win-against-saint-francis-on-saturday-jan-18.aspx | 1/17/2025 12:30:00 P | | Game story website | Women's Basketball | _DSC8624.jpg | 11/12/2024 | LIU WB v Rider 3-18.jpg | |
| | | 1/20/2025 | | Twitter | LIU Basketball | DSC_8964-Enhanced-NR.jpg | 11/20/2024 | LIU MB v Columbia 3-23.jpg | |
| | https://www.liuathletics.com/news/2025/1/20/mens-basketball-jamal-fuller-leads-liu-to-sixth-straight-win-with-20-points-12-rebounds.aspx | 1/20/2025 8:32:00 P | | Game story website | Men's Basketball | DSC_8964-Enhanced-NR.jpg | 11/20/2024 | LIU MB v Columbia 3-23.jpg | |
| | https://www.instagram.com/p/DFMOpP-RoYq/?locale=en_US | 1/23/2025 | | Instagram 1/23/2025 | LIU WBB | _DSC9194.jpg | 12/1/2024 | LIU WB v Neastern 3-19.jpg | |

| Photo | URL | Pub date | Confirmed | Location | | File Name | Date | Copyright File Name | Image |
|---|---|---|---|---|---|---|---|---|---|
| | https://www.liuathletics.com/news/2025/1/23/womens-basketball-sirviva-legions-leads-liu-to-win-over-saint-francis-with-18-points.aspx | 1/23/2025 9:30PM | | Game story website | Women's Basketball | _DSC8497.jpg | 11/10/2024 | LIU WB v Neastern 3-19.jpg | |
| **Images above appeared on this page until next story posted** | https://www.liuathletics.com/sports/womens-basketball | 1/23/2025 9:30PM | | Sport homepage | Women's Basketball | _DSC8497.jpg | 11/10/2024 | LIU WB v Neastern 3-19.jpg | |
| | https://www.liuathletics.com/news/2025/1/24/mens-basketball-jamal-fuller-scores-25-points-for-liu-in-battle-with-saint-francis.aspx | 1/24/2025 9:15:00 PI | | Game story website | Men's Basketball | DSC_8964-Enhanced-NR.jpg | 11/20/2024 | LIU MB v Columbia 3-23.jpg | |
| | https://www.instagram.com/p/DFbsyXbxz86/ | 1/30/2025 | | Instagram 1/30/2025 | LIU Athletics | _DSC8624.jpg | 11/12/2024 | LIU WB v Rider 3-18.jpg | |

8

| Photo | URL | Pub date | Confirmed | Location | | File Name | Date | Copyright File Name | Image |
|---|---|---|---|---|---|---|---|---|---|
| | https://www.liuathletics.com/ | 1/31/2025 | | Site Home Page | LIU Athletics | _DSC8624.jpg | 11/12/2024 | LIU WB v Rider 3-18.jpg | |
| | https://www.liuathletics.com/ | 1/31/2025 | | Site Home Page Rotating Promo on multiple pages | LIU Athletics | _DSC8624.jpg | 11/12/2024 | LIU WB v Rider 3-18.jpg | |
| | https://www.liuathletics.com/ | 1/31/2025 | | Site Home Page Rotating Promo on multiple | LIU Athletics | _DSC8624.jpg | 11/12/2024 | LIU WB v Rider 3-18.jpg | |
| | www.lathletics.com splash asny?id=srlash 28&nath= Incomplete URL | 1/31/2025 | | Pop Up on site | LIU Athletics | _DSC8624.jpg | 11/12/2024 | LIU WB v Rider 3-18.jpg | |
| | https://www.liuathletics.com/news/2025/1/31/womens-basketball-liu-prepares-to-host-chicago-state-as-shark-weekend-continues.aspx | 1/31/2025 | | Game Story | Women's Basketball | _DSC8624.jpg | 11/12/2024 | LIU WB v Rider 3-18.jpg | |
| | https://www.liuathletics.com/news/2025/1/31/womens-basketball-liu-prepares-to-host-chicago-state-as | 1/31/2025 12:01:00 F | | Sport Homepage | Women's Basketball | _DSC8624.jpg | 11/12/2024 | LIU WB v Rider 3-18.jpg | |

| Photo | URL | Pub date | Confirmed | Location | | File Name | Date | Copyright File Name | Image |
|---|---|---|---|---|---|---|---|---|---|
| | https://www.liuathletics.com/news/2025/2/6/womens-basketball-sirviva-legions-hits-game-winner-to-lift-liu-over-wagner-in-triple-overtime.aspx | 2/6/2025 | | Game Story | Women's Basketball | _DSC8624.jpg | 11/12/2024 | LIU WB v Rider 3-18.jpg | |
| | https://www.instagram.com/p/DFwXYUwsSSi/ | 2/6/2025 | | Instagram | Women's Basketball | _DSC8624.jpg | 11/12/2024 | LIU WB v Rider 3-18.jpg | |
| | https://www.liuathletics.com/news/2025/2/8/womens-basketball-sirviva-legions-scores-17-points-in-nec-battle-with-stonehill.aspx | 2/8/25 | | Sport homepage & Game Story | Women's Basketball | _DSC8497.jpg | 11/10/2024 | LIU WB v Neastern 3-19.jpg | |

| Photo | URL | Pub date | Confirmed | Location | | File Name | Date | Copyright File Name | Image |
|---|---|---|---|---|---|---|---|---|---|
| | https://www.liuathletics.com/sports/womens-basketball | 2/15/2025 | | Sport homepage | Women's Basketball | _DSC8497.jpg | 11/10/2024 | LIU WB v Neastern 3-19.jpg | |
| | https://www.liuathletics.com/sports/womens-basketball | 2/15/2025 | | Game Story Page | Women's Basketball | _DSC8497.jpg | 11/10/2024 | LIU WB v Neastern 3-19.jpg | |
| | https://www.liuathletics.com/news/2025/2/17/womens-basketball-sirviva-legions-named-nec-prime-performer-of-the-week.aspx | 2/17/2025 | | WB Home page | Women's Basketball | _DSC8624.jpg | 11/12/2024 | LIU WB v Rider 3-18.jpg | |

| Photo | URL | Pub date | Confirmed | Location | | File Name | Date | Copyright File Name | Image |
|---|---|---|---|---|---|---|---|---|---|
| | https://www.liuathletics.com/sports/womens-basketball | 3/10/2025 | | WB Home Page, Article page and archives page | Women's Basketball | _DSC8497.jpg | 11/10/2024 | LIU WB v Neastern 3-19.jpg | |
| **Images above displayed until next story posted** | https://www.liuathletics.com/sports/mens-basketball | Ten occurrences | | Sport Homepage | Men's Basketball | | | | |
| | https://www.liuathletics.com/sports/womens-basketball/archives?search=&sport=wbball&season=0 | | | Archived Stories | Women's Basketball | | | | |
| | https://www.liuathletics.com/sports/mens-basketball/archives?search=&sport=mbball&season=0 | | | Archived Stories | Men's Basketball | | | | |