UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GARRETT EWALD,<br><br>        Plaintiff,<br><br>    -v.-<br><br>LONG ISLAND UNIVERSITY,<br><br>        Defendant. | 25 Civ. 04304 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  Plaintiff Garrett Ewald filed the Complaint in this action on May 21, 2025. ECF No. 1. Defendant Long Island University waived service of process on May 22, 2025. ECF No. 8. Its answer was therefore due on July 21, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(ii) ("A defendant must serve an answer . . . within 60 days after the request for a waiver was sent."). Defendant appeared in this action on June 6, 2025, ECF Nos. 11-12, participated in the Court-annexed mediation program on August 29, 2025, ECF No. 17, and joined Plaintiff's submission of a joint letter and proposed case management plan on September 2, 2025, ECF No. 16. Defendant has not responded to the Complaint, however, nor requested an extension of time to do so, and Plaintiff has not obtained a certificate of default from the Clerk of Court or filed a motion for default judgment against Defendant.

  **The parties are on notice that failure to comply with court orders, the Federal Rules of Civil Procedure, the Local Rules, or this Court's Individual Rules may result in sanctions, including monetary penalties on counsel and the parties; preclusion of claims, defenses, and evidence; and the case-terminating sanctions of dismissal and default judgment.**

  As a one-time accommodation, the Court *sua sponte* extends Defendant's deadline to respond to the Complaint *nunc pro tunc* to **September 12, 2025**. If Defendant does not respond

to the Complaint by September 12, 2025, then by **September 19, 2025**, Plaintiff shall move for a default judgment against Defendant or show cause why this action should not be dismissed for failure to prosecute.

Any application for a default judgment must comply with the Court's Individual Rules and Practices in Civil Cases.  **Failure to submit a timely and proper motion for a default judgment may result in dismissal without prejudice of this case**.  *See* Fed. R. Civ. P. 41.  If or when a motion for default judgment is filed and proof of service is furnished, the Court will enter a further order setting a deadline for any opposition and reply and, if appropriate, scheduling a date and time for a default judgment hearing.

The initial pretrial conference scheduled for September 8, 2025 is adjourned *sine die*.

SO ORDERED.

Dated: September 4, 2025
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge
