UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GARRETT EWALD,                                  :
                                                :
                        Plaintiff,              :        25-CV-4304 (JHR) (RWL)
                                                :
        - against -                             :
                                                :        **ORDER**
LONG ISLAND UNIVERSITY,                          :
                                                :
                        Defendant.              :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the motion conference held via Teams on May 5, 2026, Plaintiff's

motion to strike affirmative defenses is DENIED for the reasons stated on the record.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 25.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2026
        New York, New York

Copies transmitted this date to all counsel of record.

1